MEYER et al., Respondents, v. HAVEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Carl Meyer and another against William R. Haven. No opinion. Motion to amend order of reversal granted, without costs, and the amended order settled and entered.

---

MIDDLEWORTH, Respondent, v. LOWERY, Appellant. (Supreme Court, Appellate Division, Second Department. June 19, 1902.) Action by Henry V. Middleworth against Woodbury Lowery. No opinion. Order affirmed, with $10 costs and disbursements.

---

MIKLES, Respondent, v. HAWKINS, Appellant. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by James Mikles against Moses Hawkins. No opinion. Judgment and order unanimously affirmed, with costs.

---

MONAHAN, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Delia Monahan against the Metropolitan Street Railway Company. M. P. O'Connor, for appellant. T. H. Lord, for respondent. No opinion. Judgment affirmed, with costs.

---

MONTANARO v. MIRAGLIA. (Supreme Court, Appellate Division, First Department. July 8, 1902.) Action by Luigi Montanaro against Angelina Miraglia. No opinion. Motion granted, with $10 costs.

MONTESI v. STAR CO. (Supreme Court, Appellate Division, Second Department. June 13, 1902.) Action by Edward G. Montesi against the Star Company. No opinion. Motion denied.

---

In re MORRIS AVE. (Supreme Court, Appellate Division, First Department. June 6, 1902.) In the matter of Morris avenue. No opinion. Motion granted, without costs.

---

MURPHY, Respondent, v. VILLAGE OF SENECA FALLS, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1902.) Action by Alfred Murphy against the village of Seneca Falls. No opinion. Judgment and order affirmed, with costs. See 67 N. Y. Supp. 1013.

---

MUSSINAN, Appellant, v. WILLNER WOOD CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 10, 1902.) Action by Alfred Mussinan against the Willner Wood Company.

PER CURIAM. This order may be resettled before WOODWARD, J., on Friday next (June 13th), at 10 o'clock a. m.

---

In re NASH'S WILL. (Supreme Court, Appellate Division, Third Department. July 8, 1902.) In the matter of proving the last will and testament of Harriet C. Nash, deceased. No opinion. Motion to bring in parties, etc., granted.

---

NASSAU BREWING CO., Respondent, v. RUEHL et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) Action by the Nassau Brewing Company against Henry Ruehl and George Ruehl. No opinion. Judgment of the municipal court affirmed, by default, with costs.

---

In re NASSAU COUNTY RY. CO. (Supreme Court, Appellate Division, Second Department. June 6, 1902.) In the matter of the application of the Nassau County Railway Company for the appointment of commissioners to determine whether its railroad ought to be constructed in Sea Cliff avenue, in the town of Oyster Bay, county of Nassau. No opinion. Motion to confirm the report of the commissioners granted.